## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br>Charles F. Gilmore,<br><br>     *Debtor*. | Case No:    17-31524<br>Chapter:    7 |
| Charles F. Gilmore,<br><br>     *Plaintiff*,<br><br>v.<br><br>Regional Finance Corporation of<br>Alabama,<br><br>     *Defendant*. | AP No. |

## COMPLAINT

**COMES NOW** Plaintiff, Charles F. Gilmore, by and through the undersigned counsel,

and presents this complaint for damages and injunctive relief against Defendant, Regional

Finance Corporation of Alabama, and alleges as follows:

### INTRODUCTION

1.     Plaintiff seeks damages directly and proximately caused by Defendant's deliberate and

willful violations of the automatic stay afforded by 11 U.S.C. § 362(a).

### JURISDICTION AND VENUE

2.     Pursuant to 28 U.S.C. §§ 157(b)(1) and 1334(b), and the District Court's *Order of*

*Reference* dated April 25, 1985, this Honorable Court has jurisdiction of the claims within this

1

adversary proceeding.  Furthermore, pursuant to 28 U.S.C. §§ 1391(b) and 1409, venue is proper before this Honorable Court.

3.      This adversary proceeding addresses core claims pursuant to 28 U.S.C. §§ 157(b)(2)(B) and 1409.  To the extent this adversary proceeding addresses non-core claims, Plaintiff consents to the entry of final orders by this Honorable Court.

## PARTIES

4.      Plaintiff, Charles F. Gilmore, is a natural person, resides within the geographical area encompassed by the jurisdiction of the United States Bankruptcy Court for the Middle District of Alabama, and is a debtor in the underlying bankruptcy case.

5.      Defendant, Regional Finance Corporation of Alabama, is a Domestic Corporation, has a principal place of business in Montgomery, Alabama, and is a creditor in the underlying bankruptcy case.

## FACTUAL ALLEGATIONS

6.      On or around March 27, 2017, Defendant filed a *Statement of Claim* against Plaintiff in the Small Claims Court of Chilton County, Alabama, which has been assigned the case number of 14-SM-2017-000075.00, wherein Defendant sought a judgment for the sum of approximately $2,283.50 plus costs ("Collection Lawsuit").

7.      On or around April 19, 2017, Defendant obtained a default judgment in the aforesaid amount plus costs against Plaintiff.

8.      On or around May 2, 2017, Defendant issued or caused to be issued a *Writ of Garnishment* to Caddell Construction, ("Caddell") Plaintiff's employer.  Thereafter, as set forth more fully below, Caddell withheld money from Plaintiff's post-petition earnings and remitted the same to the Clerk of Court of Chilton County, Alabama.

2

9.     On May 30, 2017, Plaintiff filed a *Voluntary Petition* and accompanying documents (collectively, the "Petition") in the United States Bankruptcy Court for the Middle District of Alabama, which has been assigned the case number of 17-31524 ("Bankruptcy Case").

10.    The Bankruptcy Noticing Center's *Certificate of Notice* for the *Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline* reflects that the notice was provided to Defendant, via electronic transmission, on May 31, 2017.

11.    Notwithstanding notice of the Bankruptcy Case (by the Bankruptcy Noticing Center), Defendant has failed and/or refused to take prompt and necessary action and consequently has allowed the further garnishment of Plaintiff's post-petition earnings as follows:

| | | |
|---|---|---|
| **July 11, 2017** | **$149.21** | |
| **July 18, 2017** | **$70.62** | |
| **July 24, 2017** | **$149.21** | **(after *Suggestion of Bankruptcy* filed)** |
| **July 31, 2017** | **$149.21** | **(after *Suggestion of Bankruptcy* filed)** |
| **August 8, 2017** | **$137.52** | **(after *Suggestion of Bankruptcy* filed)** |

12.    In the aggregate and as set forth above, Defendant's failure and/or refusal has resulted in the garnishment of the sum of $655.77 from Plaintiff's post-petition earnings.

13.    On July 21, 2017, Plaintiff's bankruptcy counsel was caused to file a *Suggestion of Bankruptcy* in the Collection Lawsuit in an attempt to to cause cessation of Defendant's garnishment of Plaintiff's post-petition earnings, and further, to obtain return to Plaintiff of the garnished money.

14.    Thereafter, on or around July 25, 2017, Defendant filed a Garnishee Release thereby releasing Caddell from any further obligations in relation to the *Writ of Garnishment*; however, as of the date of the filing of this *Complaint*, Defendant has failed and/or refused and/or has not

undertaken the appropriate and necessary action to cause return to Plaintiff of the funds garnished from his post-petition earnings.

15.     Notwithstanding indisputable notice of the Bankruptcy, Defendant failed and/or refused to promptly release the *Writ of Garnishment* and thereby allowed the aggregate sum of $655.77 to be garnished from Plaintiff's post-petition earnings.

16.     Further, despite Plaintiff's bankruptcy counsel's filing of a *Suggestion of Bankruptcy* in the Collection Lawsuit, Defendant failed and/or refused to undertake adequate measures to effectuate the return of the garnished money to Plaintiff.

17.     Notably, after the filing of the aforesaid suggestion, the sum of $435.94 was garnished from Plaintiff's post-petition earnings.

18.     As of the present time, Plaintiff has not received the return of the money garnished from his post-petition earnings.

19.     Defendant has violated and continues to violate the automatic stay of 11 U.S.C. § 362(a)(1) and (6).

20.     Defendant's violations of the automatic stay are and were intentional and willful in that Defendant committed such acts after notice of the Bankruptcy Case; because of Defendant's intentional and willful violations of the automatic stay, Plaintiff has been forced to retain counsel in this matter.

21.     Defendant's conduct, in its entirety, rises to the level of willfulness and has interfered with the purposes of the Bankruptcy Code.

22.     As a direct and proximate result of Defendant's conduct, Plaintiff has been damaged and

4

injured in that he has suffered anger, anxiety, distress, fear, frustration, loss of money and loss of sleep, and has been caused to employ the services of an attorney to assist with prosecuting this matter.

## COUNT I - WILLFUL VIOLATIONS OF 11 U.S.C. §§ 362(a)(1) and (6)

23.     Plaintiff incorporates herein by reference each of the foregoing paragraphs.

24.     Defendant has violated and continues to violate 11 U.S.C. §§ 362(a)(1) and (6) as more so identified herein above.

25.     Defendant's acts or omissions to act as described herein above, which Defendant undertook with knowledge of the Bankruptcy Case, constitute intentional and willful violations of the automatic stay.

26.     As a direct and proximate result of Defendant's conduct, Plaintiff has been damaged and injured in that he has suffered anger, anxiety, distress, fear, frustration, loss of money and loss of sleep, and has been caused to employ the services of an attorney to assist with prosecuting this matter.

## PRAYER FOR RELIEF

**WHEREFORE, the premises considered**, Plaintiff respectfully moves this Honorable Court for an Order, *inter alia*:

    a.     holding Defendant in contempt of this Court for violating the automatic stay provision(s) of 11 U.S.C. § 362(a);

    b.     awarding to Plaintiff and against Defendant actual, compensatory and punitive damages for Defendant's violations of the automatic stay provisions of 11 U.S.C. § 362(a), pursuant to 11 U.S.C. § 362(k);

c.   awarding to Plaintiff and against Defendant the fees, costs and expenses of this

litigation, pursuant to 11 U.S.C. § 362(k); and

d.   awarding such other and further relief as this Honorable Court deems just and

appropriate, including the equitable relief of an injunction requiring that

Defendant immediately undertake the action necessary to cause the return of the

garnished money to Plaintiff.

**RESPECTFULLY SUBMITTED** this the August 22, 2017.

/s/ Anthony B. Bush
Anthony B. Bush (ASB-7306-A54B)
Attorney for Plaintiff/Debtor

**OF COUNSEL:**
Anthony B. Bush, Esq.
The Bush Law Firm, LLC
3198 Parliament Circle 302
Montgomery, Alabama 36116
Phone:          (334) 263-7733
Facsimile:     (334) 832-4390
E-mail:         anthonybbush@yahoo.com
                    abush@bushlegalfirm.com


SERVICE ADDRESS:

Regional Finance Corporation of Alabama
c/o C T Corporation System
2 North Jackson Street, Suite 605
Montgomery, Alabama 36104

6